# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHACOBE LAMAR WARREN,
        Appellant,

vs.

RENEE BAKER, WARDEN,
        Respondent.

No. 80538

**FILED**

FEB 14 2020



ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
CHIEF DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a "Motion and Notice of Clarification and Error of Illegal Dismissal of Petition for Writ of Habeas Corpus (Post-Conviction)." Second Judicial District Court, Washoe County; Egan K. Walker, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

20-06255

cc: Hon. Egan K. Walker, District Judge
Chacobe Lamar Warren
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk